IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–34–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| NOAH ALEXANDER VAN PELT, | |
| Defendant. | |

Defendant Noah Van Pelt has filed a motion seeking early termination of his supervised release. (Doc. 65.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Such termination will be effective June 1, 2025, if Van Pelt: (1) remains in full compliance with the terms of his supervision and has no violations; (2) passes all substance abuse tests; and (3) continues to abstain from the consumption of alcohol.

1

Accordingly, IT IS ORDERED that Van Pelt's motion, (Doc. 65), is

GRANTED and his term of supervised release will terminate on June 1, 2025,

subject to compliance with the terms above.

DATED this 14th day of May, 2025.

Donald W. Molloy, District Judge
United States District Court